(INND Rev. 1/21)

-FILED-
MAR 07 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Wesley L. Nelson**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Honorable Judge Samuel J. Keirns,**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:23CV99**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Honorable Judge Samuel Keirns | 715 S. Calhoun St. Fort. Wayne In. 46802 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **2**
2. What is your address? **417 S. Calhoun St. Fort. Wayne Ind.**

_____

3. What is your telephone number: (____) _____

4. Have you ever sued anyone for these exact same claims **(2) Honorable Judge Samuel Keirns**
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                           page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. By Not bringing My self Wesley Nelson to trial within (180) days for final disposition for any untried indictment information or complaint According to the interstate Agreement on Detainers Act filed by the Department of Justice / Federal Bereau of Prisons on August 25th 2022 with an expiration date of 2-20-23 the I-A-D was filed in Fort Wayne, Indiana in order to have myself Wesley Nelson transported to Indiana From Manchester Kentucky Federal correctional institution for a Fb Felony Domestic Battery The expiration of the 180 day time period Expired due to the courts Not having the case/heard-tryed within the 180 day tolling period

   Due to my False imprisonment I have been subjected to malicious prosecution and mental pain and suffering

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Each day one is held post release from custody there is an amount to be awarded As of 2-23-23 At $1500 daily As of today 3-2-23 $12,000 have been accumulated which should be awarded to myself Wesley L. Nelson.

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

WN  I will keep a copy of this complaint for my records.
WN  I will promptly notify the court of any change of address.
WN  I declare **under penalty of perjury** that the statements in this complaint are true.

_____     3-2-23
Signature                                                            Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]