AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

WESLEY L NELSON
   **Plaintiff**

     v.          **Civil Action No**. 1:23-cv-99

SAMUEL J KEIRNS
Honorable Judge
   **Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other: <u>This case is DISMISSED under 28 U.S.C. § 1915A as frivolous.</u>_____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by <u>Judge Holly A. Brady.</u>

DATE:  <u>  March 20, 2023     </u>   CHANDA J. BERTA, ACTING CLERK OF COURT

        by_____<u>s/N. Long</u>_____
         *Signature of Clerk or Deputy Clerk*